IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONTE SWENSON, WILBUR PACE, NOAH PACE, CHRISTOPHER PACE, LOUISE LARGE-GURIN, ELIZABETH KANTOR, ROYAL ALVIS, Jr., ANN ENGLES, KIMBERLY ROSARIO, JESS HARRIS III and SUSAN REED AS TRUSTEES FOR THE HARRIS FAMILY IRREVOCABLE LIFE INSURANCE TRUST, NATALIE C. MACKIE AS TRUSTEE FOR TRUST UTD 12/28/1993, MICHAIL KERHOULAS, LOUISA KERHOULAS, AND LAURA WHEELER,<br><br>                Plaintiffs,<br><br>v.<br><br>VOYA RETIREMENT INSURANCE & ANNUITY CO., VOYA FINANCIAL, INC., LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK, LINCOLN NATIONAL LIFE INSURANCE CO., AND LINCOLN NATIONAL CORP.,<br><br>                Defendants. | Civil Action No.<br>1:17-cv-04843-PKC |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Monte Swenson; Wilbur Pace; Noah Pace; Christopher Pace; Louise Large-Gurin; Elizabeth Kantor; Royal Alvis, Jr.; Ann Engles; Kimberly Rosario; Jess Harris III and Susan Reed as Trustees for The Harris Family Irrevocable Life Insurance Trust; Natalie C. Mackie as Trustee for Trust UTD 12/28/1993; Michail Kerhoulas; Louisa Kerhoulas; and Laura Wheeler, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss their claims in the above-titled action without fees or costs to either party.  Dismissal of this action shall be without prejudice to Plaintiffs' right to refile.

Dated: November 14, 2017

        Respectfully submitted,

        By: */s/ Andrew E. Brashier*

        W. Daniel "Dee" Miles, III, *Pro Hac Vice*
        Andrew E. Brashier, *Pro Hac Vice*
        Rachel N. Boyd, *Pro Hac Vice*
        BEASLEY, ALLEN, CROW, METHVIN,
        PORTIS & MILES, P.C.
        272 Commerce Street
        Post Office Box 4160 (36103)
        Montgomery, Alabama 36104
        Telephone: (334) 269-2343
        Facsimile: (334) 954-7555
        Email: dee.miles@beasleyallen.com
        Email: andrew.brashier@beasleyallen.com
        Email: rachel.boyd@beasleyallen.com

        Geoffrey R. McDonald, *Pro Hac Vice Anticipated*
        Justin M. Sheldon, *Pro Hac Vice Anticipated*
        Frank H. Hupfl, III, *Pro Hac Vice Anticipated*
        GEOFF MCDONALD & ASSOCIATES, P.C.
        3315 West Broad Street
        Richmond, Virginia 23230
        Telephone: (804) 888-8888
        Facsimile: (804) 359-5426
        Email: gmcdonald@mcdonaldinjurylaw.com
        Email: jsheldon@mcdonaldinjurylaw.com
        Email: fhupfl@mcdonaldinjurylaw.com

        Charles Crueger, *Pro Hac Vice Anticipated*
        Erin Dickinson, *Pro Hac Vice Anticipated*
        CRUEGER DICKINSON LLC
        4532 N. Oakland Ave.
        Whitefish Bay, Wisconsin 53202
        Telephone: (414) 210-3900
        Facsimile:  (414) 273-8476
        Email: cjc@cruegerdickinson.com
        Email: ekd@cruegerdickinson.com

Samuel J. Strauss, *Pro Hac Vice Anticipated*
TURKE & STRAUSS PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (608) 237-1774
Facsimile: (608) 259-9114
Email: sam@turkestrauss.com

Stephen Fearon
Raymond Barto
Squitieri & Fearon LLP
32 East 57th Street
New York, NY 10022
Tel: 212-421-6492
Fax: 212-421-6553
Email: stephen@sfclass.com
Email: raymond@sfclass.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on November 14, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Mr. Alan Borden Vickery, Esq.
Mr. Jack G. Stern, Esq.
Mr. John Francis LaSalle, Esq.
Andrew Villacastin, Esq.
**Bois Schiller Flexner, LLP**
575 Lexington Ave
7th Floor
New York, NY 10022
Telephone: (212) 446-2345
avickery@bsfllp.com
jstern@bsfllp.com
jlasalle@bsfllp.com
avillacastin@bsfllp.com

Mr. Motty Shulman, Esq.
**Bois Schiller Flexner, LLP**
333 Main Street
Armonk, NY 10504
Phone: 914-749-8200
Fax: 914-749-8300
mshulman@bsfllp.com

Mr. Sean P. Rodriguez
**Boies, Schiller, Flexner, LLP**
1999 Harrison Street, Suite 900
Oakland, California 94568
srodriguez@bsfllp.com

Mr. Brendan V. Monahan
Mr. Jaime Cuevas, Jr.
**Stokes, Lawrence, Velikanje, Moore & Shore**
120 North Naches Avenue
Yakima, WA 98901-2757
Phone: 509-853-3000
Fax: 509-895-0060
bvm@stokeslaw.com
jcj@stokeslaw.com

            By: */s/ Andrew E. Brashier*
              Counsel for Plaintiffs